No. 774, Misc. COTHRAN *v.* SAN JOSE WATER WORKS. Supreme Court of California. Certiorari denied. ▮

No. 781, Misc. REAM *v.* RHAY, PENITENTIARY SUPERINTENDENT, ET AL. Supreme Court of Washington. Certiorari denied.

No. 826, Misc. MILLINGTON *v.* BETO, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 895, Misc. STEVENSON *v.* WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 904, Misc. GLINTON *v.* DENNO, WARDEN. C. A. 2d Cir. Certiorari denied. *Nancy Carley* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 607. MISSOURI EX REL. JOHNSON, ADMINISTRATRIX, ET AL. *v.* CLAY, SUPERINTENDENT OF DIVISION OF INSURANCE, ET AL., 371 U. S. 577. Petition for rehearing denied.

MARCH 18, 1963.

No. 480. McNEESE ET AL. *v.* BOARD OF EDUCATION FOR SCHOOL DISTRICT 187, CAHOKIA, ILLINOIS, ET AL. Certiorari, 371 U. S. 933, to the United States Court of Appeals for the Seventh Circuit. The motion of the American Civil Liberties Union for leave to file a brief, as *amicus curiae,* is granted. *Alex Elson* on the motion.